# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Suzanne Na Pier,<br><br>v.<br><br>Bristol Quest LLC, et al.,<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER:<br><br>8:20-cv-00907-JLS (ADSx)<br><br>**NOTICE OF<br>MEDIATION DATE** |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for January 5, 2021 at 1:00 ☐ a.m. / ☑ p.m.

LOCATION: Via the Zoom platform hosted by the mediator

> The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: December 24, 2020

Panel Mediator: Stephen H. Marcus, Esq.
Address: 10537 Santa Monica Boulevard, 3rd Fl.
Los Angeles, CA 90025

Phone: (310) 474-4007