Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
SUZANNE NA PIER

Kenneth A. Ohashi (SBN 230440)
**YU | MOHANDESI LLP**
213.377.1206 | kohashi@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
BRISTOL QUEST, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL QUEST LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-00907-JLS-ADS<br><br>Hon. Josephine L. Staton<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  May 15, 2020<br>Trial Date:  None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, SUZANNE NA PIER, and Defendant, BRISTOL QUEST LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: December 30, 2020                    **MANNING LAW, APC**

                                            By:    */s/ Joseph R. Manning, Jr. Esq.*
                                                   Joseph R. Manning, Jr., Esq.
                                                   Attorneys for Plaintiff,
                                                   Suzanne Na Pier

Dated: December 30, 2020                    **YU | MOHANDESI LLP**

                                            By:    */s/ Kenneth A. Ohashi*
                                                   Kenneth A. Ohashi
                                                   Attorney for Defendant,
                                                   Bristol Quest, LLC

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                            Respectfully submitted,

Dated: December 30, 2020                    **MANNING LAW, APC**

                                            By:    */s/ Joseph R. Manning, Jr. Esq.*
                                                   Joseph R. Manning, Jr., Esq.
                                                   Attorneys for Plaintiff
                                                   Suzanne Na Pier