JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER,<br><br>                        Plaintiff,<br><br>v.<br><br>BRISTOL QUEST LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>                       Defendants. | Case No.: 8:20-cv-00907-JLS-ADS<br><br>**ORDER DISMISSING ACTION IN ITS ENTIRETY** |

Pursuant to the Stipulation for Dismissal filed by Plaintiff SUZANNE NAPIER ("Plaintiff"), Defendant BRISTOL QUEST LLC ("Defendant"), and good cause appearing therefore, the Court ORDERS that Plaintiff's action is hereby DISMISSED in its entirety, **with prejudice**, pursuant to FRCP 41(a)(1)(A)(ii); and that each party shall bear its own fees and costs in this action.

**IT IS SO ORDERED.**

Dated: February 05, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE